B1 (Official Form 1)(4/10)

# UNITED STATES BANKRUPTCY COURT
## Central District of California, Santa Ana

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **HOUNG, RICHARD YIN-CHING** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **AKA RICHARD HOUNG** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **1792** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **20 EARLY LIGHT** **IRVINE, CA** ZIP CODE **92620** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **ORANGE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1) (4/10) — Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** RICHARD YIN-CHING HOUNG |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **Nexis, Inc., a California corporation** | Case Number: **Pending** | Date Filed: **06/25/2010** |
|---|---|---|
| District: Central District of California, Santa Ana | Relationship: **General Manager** | Judge: **Pending** |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)   (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):
**RICHARD YIN-CHING HOUNG**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard Yin-Ching Houng**
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)
**06/25/2010**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Leonard M. Shulman**
Signature of Attorney for Debtor(s)
**Leonard M. Shulman - Bar No. 126349**
Printed Name of Attorney for Debtor(s)
**Shulman Hodges & Bastian LLP**
Firm Name
**26632 Towne Centre Drive, Suite 300**
**Foothill Ranch, CA 92610-2808**
Address
**949-340-3400**
Telephone Number
**06/25/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Leonard M. Shulman**<br>**Shulman Hodges & Bastian LLP**<br>**26632 Towne Centre Drive, Suite 300**<br>**Foothill Ranch, CA 92610**<br>Phone: **(949) 340-3400**    Fax: **(949) 340-3000**<br>California State Bar Number: **126349**<br>☐ *Attorney for:* | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re: RICHARD YIN-CHING HOUNG aka RICHARD HOUNG | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor. | ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☑ Petition, statement of affairs, schedules or lists    Date Filed: June 25, 2010
☐ Amendments to petition, statement of affairs, schedules or lists    Date Filed:
☐ Other: _____    Date Filed:

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____    June 25, 2010
*Signature of Authorized Signatory of Filing Party*    Date

_Richard  Houng_____
*Printed Name of Authorized Signatory of Filing Party*

_____
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2006

| *Signature of Attorney for Filing Party* [signature] | June 25, 2010 |
|---|---|
| | Date |

**Leonard M. Shulman**
*Printed Name of Attorney for Filing Party*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re | Case No. |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** | Chapter 11 |
| Debtor. | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)..

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Tatung Company Ltd<br>c/o Daniel Pascucci Esq<br>Mintz Levin Cohn Ferris et al<br>3580 Carmel Mountain Road #300<br>San Diego, CA  92130 | Tatung Company Ltd<br>c/o Daniel Pascucci Esq<br>Mintz Levin Cohn Ferris et al<br>3580 Carmel Mountain Road #300<br>San Diego, CA  92130<br><br>Tel:     (858) 314-1505 | Arbitration pending before Judicate West; Case No. A152234-25 related to alter-ego claims asserted by Tatung Company Ltd. | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Joseph Wu Esq<br>USAsia LAW Inc<br>5670 La Jolla Blvd<br>La Jolla, CA  92037 | Joseph Wu Esq<br>USAsia LAW Inc<br>5670 La Jolla Blvd<br>La Jolla, CA  92037<br><br>Tel:     (858) 454-8588 | Additional notice related to Darwin Chang litigation | | Duplicate |
| Darwin Chang<br>c/o Jon R Parsons Esq<br>2501 Park Blvd #207<br>Palo Alto, CA  94306-1925 | Darwin Chang<br>c/o Jon R Parsons Esq<br>2501 Park Blvd #207<br>Palo Alto, CA  94306-1925<br><br>Tel:     (650) 321-8579 | Litigation pending in Santa Clara County Superior Court; Case No. 109CV144204 related to alter-ego claims; arbitration pending before JAMS; Reference No. 12000 42822 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Bank of America<br>PO Box 301200<br>Los Angeles, CA  90030-1200 | Bank of America<br>PO Box 301200<br>Los Angeles, CA  90030-1200<br><br>Tel:     (800) 421-2110 | Credit card purchases | | $1,751.20 |

I, **Richard Yin-Ching Houng aka Richard Houng** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** and that it is true and correct to the best of my information and belief.

Dated:  **June 25, 2010**                         */s/ Richard Yin-Ching Houng aka Richard Houng*

                                                                **Richard Yin-Ching Houng aka Richard Houng**

## MASTER MAILING LIST

### VERIFICATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2(d)

**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre, Suite 300
Foothill Ranch, California 92610-2808
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000

■   Attorney for Debtor
❏   Debtor in Pro Per

| **UNITED STATES BANKRUPTCY COURT** | |
|---|---|
| **CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,**<br><br>Debtor. | Case No.<br>Chapter 11 |

### VERIFICATION OF CREDITOR MAILING LIST

The above named Debtor(s), or Debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 3 sheet(s) is complete, correct and consistent with the Debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Dated:  **June 25, 2010**    */s/ Richard Yin-Ching Houng aka Richard Houng*

**Richard Yin-Ching Houng aka Richard Houng**

**SHULMAN HODGES & BASTIAN LLP**

*/s/ Leonard M. Shulman*

**Leonard M. Shulman**
**Attorneys for the Debtor and Debtor in Possession**

RICHARD YIN-CHING HOUNG
20 EARLY LIGHT
IRVINE, CA  92620


LEONARD M SHULMAN
SHULMAN HODGES & BASTIAN LLP
26632 TOWNE CENTRE DR #300
FOOTHILL RANCH, CA  92610


OFFICE OF THE US TRUSTEE
411 W FOURTH ST SUITE 9041
SANTA ANA, CA  92701-8000

BAC HOME LOANS SERVICING LP
PO BOX 515503
LOS ANGELES, CA  90051-6803


BAC HOME LOANS SERVICING LP
PO BOX 515504
LOS ANGELES, CA  90051-6803


BANK OF AMERICA
CUSTOMER SERVICE
PO BOX 5170
SIMI VALLEY, CA  93062-5170


BANK OF AMERICA
PO BOX 301200
LOS ANGELES, CA  90030-1200


CALIF FRANCHISE TAX BOARD
ATTN BANKRUPTCY
PO BOX 2952
SACRAMENTO, CA 95812


DARWIN CHANG
C/O JON R PARSONS ESQ
2501 PARK BLVD #207
PALO ALTO, CA  94306-1925


INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114


JOSEPH WU ESQ
USASIA LAW INC
5670 LA JOLLA BLVD
LA JOLLA, CA  92037

MERCEDES BENZ FINANCIAL  
PO BOX 9001680  
LOUISVILLE, KY  40290-1680

TATUNG COMPANY LTD  
C/O DANIEL PASCUCCI ESQ  
3580 CARMEL MOUNTAIN ROAD #300  
SAN DIEGO, CA  92130