Form B6 - Summary (12/07)                                                                2007 USBC, Central District of California

# FORM 6. SCHEDULES

**Summary of Schedules**

**Summary of Schedules**
**Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)**


Schedule A -   Real Property

Schedule B -   Personal Property

Schedule C -   Property Claimed as Exempt

Schedule D -   Creditors Holding Secured Claims

Schedule E -   Creditors Holding Unsecured Priority Claims

Schedule F -   Creditors Holding Unsecured Nonpriority Claims

Schedule G -   Executory Contracts and Unexpired Leases

Schedule H -   Codebtors

Schedule I -   Current Income of Individual Debtor(s)

Schedule J -   Current Expenditures of Individual Debtor(s)

**Unsworn Declaration under Penalty of Perjury**

**General Instructions:** The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Form B6 - Summary (12/07)                                                                                    2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Case No.: **8:10-bk-18712 TA** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,**  Debtor. | (If known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED YES/NO | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A | Real Property | Yes | 1 | $1,279,000.00 | | |
| B | Personal Property | Yes | 3 | $492,267.15 | | |
| C | Property Claimed as Exempt | Yes | 1 | | | |
| D | Creditors Holding Secured Claims | Yes | 2 | | $1,117,428.00 | |
| E | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $440,000.00 | |
| F | Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $1,751.20 | |
| G | Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H | Codebtors | Yes | 2 | | | |
| I | Current Income of Individual Debtor(s) | Yes | 1 | | | $18,776.00 |
| J | Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $16,990.00 |
| | Total »» | | 18 | $1,771,267.15 | $1,559,179.20 | |

Official Form B6 - Statistical Summary (12/07)                              2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
### Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** | Case No.:  **8:10-bk-18712 TA** |
| Debtor. | (If known) |

## NOT APPLICABLE TO DEBTOR'S CASE

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

| In re                                              | Chapter No.: **11**                |
|----------------------------------------------------|------------------------------------|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,**     | Case No.:  **8:10-bk-18712 TA**    |
|                                        Debtor.     |                       (If known)   |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Debtor's residence located at:<br>20 Early Light<br>Irvine, CA 92620 | Fee | C | $1,279,000.00 | $1,091,428.00 |
|  | Total »» |  | $1,279,000.00 |  |

(Report also on Summary of Schedules)

| In re | | | | Chapter No.: **11** | |
|---|---|---|---|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** | | | | Case No.:  **8:10-bk-18712 TA** | |
| | | | Debtor. | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | | | | |
| 2. | Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperative. | | Checking account at Bank of America Account No. xxxxx-xx979 | H | $27,622.88 |
| | | | Checking account at Bank of America Account No. xxxxx-xx011 | J | $40.00 |
| | | | Savings account at ING Direct Account No. xxxxx115 | H | $280.00 |
| | | | Investment account held at Charles Schwab Account No. xxxxxx 8668 | H | $82.93 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | None | | | |
| 4. | Household goods and furnishings, including audio, video and computer equipment. | | Average and ordinary located at Debtor's residence | C | $10,000.00 |
| | | | Total value of the interests of the Debtor and his Non-Debtor Spouse is approximately $20,000.  Debtor's one-half interest is approximately $10,000. | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | None | | | |

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 6. | Wearing apparel. | | Average and ordinary located at Debtor's residence | | $500.00 |
| 7. | Furs and jewelry. | | Average and ordinary located at Debtor's residence (wedding ring; watch) | | $5,000.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | None | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | None | | | |
| 10. | Annuities. Itemize and name each issuer. | None | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | None | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) account with Fidelity Investments | H | $54,927.34 |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | | Nexis Holdings, LLC<br>Percentage of Interest: 49%<br>The company owns 100% of the common stock of Nexis, Inc. Nexis, Inc. filed a Chapter 7 petition on June 25, 2010.<br><br>RH Holdings LLC<br>Percentage of Interest: 100% | | $0.00<br><br><br><br><br>$0.00 |
| 15. | Government and corporate bonds and other negotiable and non-negotiable instruments. | None | | | |
| 16. | Accounts Receivable. | None | Loan receivable from RH Holdings LLC | | $393,814.00 |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | None | | | |
| 18. | Other liquidated debts owing debtor including tax refunds. Give particulars. | None | | | |
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | None | | | |
| 20. | Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | None | | | |

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 21. | Contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Possible 2009 income tax refund (extension to file on or before 10/15/10)<br><br>Declaratory relief action against Tatung Company, Ltd.; Darwin Chang and Credit Managers Association of California; litigation pending in Orange County Superior Court; Case No. 30-2010 00376081 | | Unknown<br><br>Unknown |
| 22. | Patents, copyrights, and other intellectual property.  Give particulars. | None | | | |
| 23. | Licenses, franchises, and other general intangibles.  Give particulars. | None | | | |
| 24. | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | None | | | |
| 25. | Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Mercedes Benz GL450 SUV.  Vehicle is leased and located at Debtor's residence; no cash value. | | $0.00 |
| 26. | Boats, motors, and accessories. | None | | | |
| 27. | Aircraft and accessories. | None | | | |
| 28. | Office equipment, furnishings, and supplies. | None | | | |
| 29. | Machinery, fixtures, equipment and supplies used in business. | None | | | |
| 30. | Inventory. | None | | | |
| 31 | Animals. | None | | | |
| 32. | Crops - growing or harvested. Give particulars. | None | | | |
| 33. | Farming equipment and implements. | None | | | |
| 34. | Farm supplies, chemicals, and feed. | None | | | |
| 35. | Other personal property of any kind not already listed.  Itemize. | None | | | |
| | | | Total Schedule B »» | | $492,267.15 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)

| In re | Chapter No.: **11** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,**<br><br>                                          Debtor. | Case No.:  **8:10-bk-18712 TA**<br><br>                                          (If known) |

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under (Check one box):

☐  Check if debtor claims a homestead exemption that exceeds $136,875.

☐  11 U.S.C. § 522 (b)(2)

■  11 U.S.C. § 522 (b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Debtor's residence | C.C.P. §704.730 | $100,000 | $1,279,000.00 |
| Household goods and furnishings located at Debtor's residence | C.C.P. §704.020 | All – no extraordinary value | $10,000.00 |
| Wearing apparel located at Debtor's residence | C.C.P. §704.020 | All – no extraordinary value | $500.00 |
| Jewelry (wedding ring and watch) | C.C.P. §704.040 | $5,000.00 | $5,000.00 |
| 401(k) account | C.C.P. §704.115 | $54,927.34 | $54,927.34 |

Form B6D - (12/07)                                              2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** | Case No.:  **8:10-bk-18712 TA** |
| Debtor. | (If known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

❑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  BAC Home Loans Servicing LP PO Box 515503 Los Angeles, CA  90051-6803 | | H | First deed of trust on residence located at 20 Early Light, Irvine, CA  Value:  $1,279,000 | | | | $999,777.00 | $187,572.00 |
| Last four digits of ACCOUNT NO.  BAC Home Loans Servicing LP PO Box 515504 Los Angeles, CA  90051-6803 | | H | Home equity loan on residence located at 20 Early Light, Irvine, CA  Value:  $1,279,000 | | | | $91,651.00 | |

Form B6D - (12/07)                                                                2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** | Case No.: **8:10-bk-18712 TA** |
| Debtor. | (If known) |

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Bank of America<br>Customer Service<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | | | Additional notice | | | | 0.00 | |
| Last four digits of ACCOUNT NO.<br><br>Mercedes Benz Financial<br>PO Box 9001680<br>Louisville, KY 40290-1680 | | H | Lease of 2010 Mercedes-Benz GL450 SUV | | | | $26,000.00 | |
| Sheet no. 0 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Total(s)<br>(Used only on last page) ▶ | | | | $1,117,428.00 | $187,572.00 |
| | | | | | | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Form B6E - (Rev. 04/10)                                                      2010 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** | Case No.: **8:10-bk-18712 TA** |
| Debtor. | (If known) |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of al l amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑    **Domestic Support Obligations**: Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**: Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**: Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑     **Contributions to employee benefit plans**: Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑     **Certain farmers and fishermen**: Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**: Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

Form B6E - (Rev. 04/10)                                                    2010 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** | Case No.: **8:10-bk-18712 TA** |
| Debtor. | (If known) |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

■ **Taxes and Certain Other Debts Owed to Governmental Units**: Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑ **Commitments to Maintain the Capital of an Insured Depository Institution**: Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑ **Claims for Death or Personal Injury While Debtor Was Intoxicated**: Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2013, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**   Continuation Sheets attached

Form B6E - (Rev. 04/10)                                    2010 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** | Case No.: **8:10-bk-18712 TA** |
| Debtor. | (If known) |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**11 U.S.C. § 507(a)(8)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>California Franchise Tax Board<br>Attn Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812 | X | H | 2008-2010 tax withholding obligation of Nexis, Inc. | X | | | $440,000.00 | $440,000.00 | |
| Last four digits of ACCOUNT NO.<br><br>California Franchise Tax Board<br>Attn Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812 | | | Notice Purposes | | | | $0.00 | | |
| Last four digits of ACCOUNT NO.<br><br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | | | Notice Purposes | | | | $0.00 | | |
| Last four digits of ACCOUNT NO.<br><br>Orange County<br>Treasuer-Tax Collector<br>Attn Bankruptcy<br>PO Box 1438<br>Santa Ana, CA 92702 | | | Notice Purposes | | | | $0.00 | | |
| Total ▶<br>(Use only on last page of competed Schedule E.)<br>Report total also on Summary of Schedules.) | | | | | | | $440,000.00 | | |

Form B6E - (Rev. 04/10)                                                     2010 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** | Case No.: **8:10-bk-18712 TA** |
| Debtor. | (If known) |

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Totals ▶ (Use only on last page of competed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data) | | | | | | | | $440,000.00 | $.00 |

Form B6F- (12/07)                                                                                              2007 USBC, Central District of California

| In re | Chapter No.: **11** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** Debtor. | Case No.: **8:10-bk-18712 TA** (If known) |

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❑ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Bank of America PO Box 301200 Los Angeles, CA 90030-1200 | | | Credit card purchases | | | | $1,751.20 |
| Last four digits of ACCOUNT NO. Darwin Chang c/o Jon R Parsons Esq 2501 Park Blvd #207 Palo Alto, CA 94306-1925 | X | | Litigation pending in Santa Clara County Superior Court; Case No. 109CV144204 related to alter-ego claims; arbitration pending before JAMS; Reference No. 12000 42822 | X | X | X | Unknown |

| In re<br><br>**RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,**<br><br>                                        Debtor. | Chapter No.: **11**<br><br>Case No.:  **8:10-bk-18712 TA**<br><br>                                                     (If known) |

Form B6F- (12/07)                                                                                                   2007 USBC, Central District of California

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Joseph Wu Esq<br>USAsia LAW Inc<br>5670 La Jolla Blvd<br>La Jolla, CA  92037 | X | | Additional notice related to Darwin Chang litigation | X | X | X | Unknown |
| Last four digits of ACCOUNT NO.<br><br>Tatung Company Ltd<br>c/o Daniel Pascucci Esq<br>Mintz Levin Cohn Ferris et al<br>3580 Carmel Mountain Road #300<br>San Diego, CA  92130 | X | | Arbitration pending before Judicate West; Case No. A152234-25 related to alter-ego claims asserted by Tatung Company Ltd. | X | X | X | Unknown |
| | | | Total<br>(Use only on last page of competed Schedule F.) ▶<br>(Report total also on Summary of Schedules and if applicable, on Statistical Summary of Certain Liabilities and Related Data | | | | $1,751.20 |

| In re | Chapter No.: **11** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,**<br><br>Debtor. | Case No.:  **8:10-bk-18712 TA**<br><br>(If known) |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

❑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS,INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **Mercedes Benz Financial**<br>**P.O. Box 9001680**<br>**Louisville, KY  40290-1680** | **Lease of 2010 Mercedes Benz GL450 SUV**<br>**Term of lease:  6/18/10 – 6/18/13** |

| In re | Chapter No.: **11** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** | Case No.:  **8:10-bk-18712 TA** |
| Debtor. | (If known) |

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.R. Bankr. P. 1007(m).

❏  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Westinghouse Digital, LLC**<br>**500 N. State College, Suite 1300**<br>**Orange, CA  92868**<br><br>**Nexis, Inc.**<br>**20 Early Light**<br>**Irvine, CA  92620**<br><br>**Mora Electronics, LLC**<br>**[Address Unknown]**<br><br>**Westinghouse Digital Electronics, LLC**<br>**c/o CMA**<br>**40 East Verdugo Avenue**<br>**Burbank, CA  91502**<br><br>**Chi Mei Corporation**<br>**[Address Unknown]**<br><br>**Chi Mei Innolux Corporation**<br>**[Address Unknown]**<br><br>**The Chimei Group**<br>**[Address Unknown]** | **Darwin Chang**<br>**c/o Jon R. Parsons, Esq.**<br>**2501 Park Boulevard, #207**<br>**Palo Alto, CA  94306-1925** |

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chi Mei Optoelectronics USA, Inc.**<br>**[Address Unknown]**<br><br>**Nexgen Mediatech USA, Inc.**<br>**[Address Unknown]**<br><br>**Nexgen Mediatech, Inc.**<br>**[Address Unknown]** | **Darwin Chang**<br>**c/o Jon R. Parsons, Esq.**<br>**2501 Park Boulevard, #207**<br>**Palo Alto, CA  94306-1925** |
| **Westinghouse Digital Electronics, LLC**<br>**c/o CMA**<br>**40 East Verdugo Avenue**<br>**Burbank, CA  91502**<br><br>**Nexis, Inc.**<br>**20 Early Light**<br>**Irvine, CA  92620** | **Tatung Company Ltd.**<br>**c/o Daniel Pascucci, Esq.**<br>**Mintz Levin Cohn Ferris et al**<br>**3580 Carmel Mountain Road, #300**<br>**San Diego, CA  92130** |

| In re<br>**RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,**<br>                                                    Debtor. | Chapter No.: **11**<br><br>Case No.:  **8:10-bk-18712 TA** |
|---|---|

### SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |
| Employment: | **DEBTOR** | **SPOUSE** |
| Occupation | **CEO** | |
| Name of Employer | **Westinghouse Digital LLC** | |
| How Long Employed | **< 1 year** | |
| Address of Employer | **500 N. State College Blvd., #1300**<br>**Orange, CA  92868** | |

| Income (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (prorate if not paid monthly) | **$21,667.00** | |
| 2.  Estimated monthly overtime | **$0.00** | |
| 3.  **SUBTOTAL** | **$21,667.00** | |
| 4.  **LESS PAYROLL DEDUCTIONS** | | |
|     a.  Payroll taxes and Social Security | **$1,881.00** | |
|     b.  Insurance | **$125.00** | |
|     c.  Union Dues | **$0.00** | |
|     d.  Other (specify) **(401k deduction)** | **$915.00** | |
| 5.  **SUBTOTAL PAYROLL DEDUCTIONS** | **$2,921.00** | |
| 6.  **TOTAL NET MONTHLY TAKE HOME PAY** | **$18,746.00** | |
| 7.  Regular income from operations of business or profession or farm (attach detailed statement) | **$0.00** | |
| 8.  Income from real property | **$0.00** | |
| 9.  Interest and Dividends | **$30.00** | |
| 10.  Alimony, maintenance or support payments payable to debtor for debtor's use or that of dependents listed above. | **$0.00** | |
| 11.  Social security or other government assistance (Specify) | **$0.00** | |
| 12.  Pension or retirement income | **$0.00** | |
| 13.  Other monthly income (Specify) | **$0.00** | |
| 14.  **SUBTOTAL OF LINES 7 THROUGH 13** | **$30.00** | |
| 15.  **AVERAGE MONTHLY INCOME**: (Add amounts shown on lines 6 and 14) | **$18,776.00** | |
| 16.  **COMBINED AVERAGE MONTHLY INCOME** (Combined column totals from line 15) | **$18,776.00** | |
| | (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data) | |
|     17.  Describe any increase or decrease income reasonably anticipated to occur within the year following the filing of this document: | | |

| In re | Chapter No.: **11** |
|---|---|
| **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** | Case No.:  **8:10-bk-18712 TA** |
| Debtor. | |

### SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

❑   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | **$5,000.00** |
| a. Are real estate taxes included?            No | |
| b. Is property insurance included?            No | |
| 2. Utilities:      a. Electricity and heating fuel | **$300.00** |
| b. Water and sewer | **$80.00** |
| c. Telephone | **$200.00** |
| d. Other | **$0.00** |
| 3. Home maintenance (repairs and upkeep) | **$300.00** |
| 4. Food | **$3,500.00** |
| 5. Clothing | **$1,500.00** |
| 6. Laundry and dry cleaning | **$250.00** |
| 7. Medical and dental expenses | **$800.00** |
| 8. Transportation (not including car payments) | **$700.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | **$500.00** |
| 10. Charitable contributions | **$0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | **$120.00** |
| b. Life | **$0.00** |
| c. Health | **$0.00** |
| d. Auto | **$200.00** |
| e. Other | **$0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | **$0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | **$740.00** |
| b. Other | **$0.00** |
| c. Other | **$0.00** |
| 14. Alimony, maintenance, and support paid to others | **$0.00** |
| 15. Payments for support of additional dependents not living at your home | **$0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17. Other  **(children's school tuition and school supplies)** | **$2,800.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17, Report also on Summary of Schedules and, If applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$16,990.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Total monthly income from Line 15 of Schedule I | **$18,776.00** |
| b. Total monthly expenses from Line 18 above | **$16,990.00** |
| c. Monthly net income (a. minus b.) | **$1,786.00** |

| In re | RICHARD YIN-CHING HOUNG aka RICHARD HOUNG, | Case No.: | |
|---|---|---|---|
| | Debtor. | (If known) | 8:10-bk-18712 TA |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___21___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __July 9, 2010_____     Signature: __/S/ Richard Yin-Ching Houng aka Richard Houng__
                                                                              Debtor

Date _____     Signature: _____
                                                                              (Joint Debtor, if any)
                                                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No.
                                                                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____     _____
  Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.          *(Total shown on summary page plus 1.)*

Date _____     Signature: _____

                                                                              _____
                                                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.