# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name:      Richard Yin-Ching Houng aka Richard Houng      Atty Name (if applicable):      Leonard M. Shulman

Street Address:      20 Early Light      CA Bar No. (if applicable):      126349

Irvine, CA  92620      Atty Fax No. (if applicable):      (949) 340-3000

Filer's Telephone No.:      (949) 340-3400

---

In re:

RICHARD YIN-CHING HOUNG aka
RICAHRD HOUNG,

Case No.:      8:10-bk-18712 TA

Chapter  7 _____  11 ✓ 13 _____

---

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F."  An addendum mailing list is also required as an attachment if creditors are being added to the creditors list.  Is/are creditor(s) being added?      Yes _____      No ___✓___

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ✓  B ✓  C _____  D ✓  E ✓  F ✓  G _____  H ✓  I ✓  J ✓

Statement of Social Security Number(s) _____      Statement of Financial Affairs ✓

Statement of Intention _____      Other _____

**NOTE:**  IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We,      Richard Yin-Ching Houng aka Richard Houng   , the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:      August 20, 2010

/S/ Richard Yin-Ching Houng aka Richard Houng

*Debtor Signature*

*Co-Debtor Signature*

**\*\*FOR COURT USE ONLY\*\***

*\*SEE REVERSE SIDE\*\**

B-1008 *Revised November 2003*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**RICHARD YIN-CHING HOUNG aka<br>RICHARD HOUNG,**<br><br>Debtor. | Case No.    **8:10-bk-18712 TA**<br>Chapter    **11** |
| | **DEBTOR'S AMENDMENT/SUPPLEMENT TO:**<br><br>**SCHEDULE A, B, D, E, F, H, I AND J AND STATEMENT OF FINANCIAL AFFAIRS** |

1.    The Debtor hereby **SUPPLEMENTS** his Schedule A – Real Property filed with the Court on July 9, 2010 to <u>add</u> the following

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Apartment located at:<br>6F., No.68, Zhuxi St., South Dist., Tainan City 702, Taiwan (R.O.C.)<br><br>(Obligation to creditor is paid by non-debtor spouse from her separate funds) | Fee | H | $407,920 (US$) | $334,181 (US$) |

2.    The Debtor hereby **SUPPLEMENTS** his Schedule B – Personal Property filed with the Court on July 9, 2010 to <u>add</u> the following:

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1. | Cash on hand. | | Debtor | | $500.00 |

1

3.      The Debtor hereby **AMENDS** his Schedule B – Personal Property filed with the Court on July 9, 2010 to <u>correct</u> the balances in the following accounts:

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 2. | Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperative. | | Checking account at Bank of America Account No. xxxxx-xx979 | H | $5,038.53 |
| | | | Checking account at Bank of America Account No. xxxxx-xx011 | J | $22.67 |
| | | | Savings account at ING Direct Account No. xxxxx115 | H | $221.59 |

4.      The Debtor hereby **SUPPLEMENTS** his Schedule B – Personal Property filed with the Court on July 9, 2010 to <u>add</u> the following:

| | | | | | |
|---|---|---|---|---|---|
| 4. | Household goods and furnishings, including audio, video and computer equipment. | | Average and ordinary located at 6F., No.68, Zhuxi St., South Dist., Tainan City 702, Taiwan (R.O.C.)<br><br>Total value of the interests of the Debtor and his Non-Debtor Spouse is approximately $40,792 (US$).  Debtor's one-half interest is approximately $20,396. | C | $20,396.00 |

5.      The Debtor hereby **AMENDS** his Schedule D – Creditors Holding Secured Claims filed with the Court on July 9, 2010 to <u>add</u> the following creditor:

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>The Shanghai Commercial and Savings Bank, Ltd.<br>689, Hsiao Tung Rd.<br>Yungkang, Tainan, Taiwan | | H | First deed of trust on apartment located at 6F., No.68, Zhuxi St., South Dist., Tainan City 702, Taiwan (R.O.C.)<br><br>Value:  $407,920 (US$)<br><br>(Obligation to creditor is paid by non-debtor spouse from her separate funds) | | | | $334,181.00 | $73,739.00 |

2

6.     The Debtor hereby **AMENDS** his Schedule E – Creditors Holding Unsecured Priority Claims [11 U.S.C. § 507(a)(8)] filed with the Court on July 9, 2010 to <u>correct</u> the following:

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA  19114 | | H | Foreign withholding taxes on interest paid to foreign companies related to Nexis, Inc. | X | | | Unknown | Unknown | Unknown |

7.     The Debtor hereby **AMENDS** his Schedule F – Creditors Holding Unsecured Nonpriority Claims filed with the Court on July 9, 2010 to <u>add</u> the following creditors:

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Hua Nan Commercial Bank Ltd.<br>Hsi Men Branch<br>173, Hsi Ning South Road<br>Taipei, Taiwan | X | | One year short term business loan for Westinghouse Digital Electronics Taiwan Ltd. guaranteed by the Debtor (amount of claim is US$). | | | | $407,920.00 |
| Last four digits of ACCOUNT NO.<br><br>JAMS<br>P.O. Box 512850<br>Los Angeles, CA  90051-0850 | | | Fees related to arbitration pending before JAMS; Ref. No. 1200042822 | | | | $1,190.10 |
| Last four digits of ACCOUNT NO.<br><br>Judicate West<br>1851 E First Street Suite 1600<br>Santa Ana, CA  92705 | | | Fees related to arbitration pending before Judicate West; Case No. A152234-25 | | | | $6,397.50 |

G:\Wp\Cases\G-H\Houng, Richard\Bankruptcy\Petition Docs\Schedules Amend-01.doc
4161-002

8.      The Debtor hereby **SUPPLEMENTS** his Schedule H – Codebtors to <u>add</u> the following:

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Westinghouse Digital Electronics Taiwan Ltd.**<br>**6F, No. 252, Sec. 1 Neihu Rd.**<br>**Neihu District**<br>**Taipei, Taiwan, R.O.C.** | **Hua Nan Commercial Bank Ltd.**<br>**Hsi Men Branch**<br>**173, Hsi Ning South Road**<br>**Taipei, Taiwan** |

9.      The Debtor hereby **AMENDS** his Schedule I – Current Income of Individual Debtor filed with the Court on July 9, 2010 to <u>delete</u> $30.00 in "interest and dividends." The total average monthly income stated on lines 15 and 16 is amended to $18,746.00.

10.     The Debtor hereby **AMENDS** his Schedule J – Current Expenditures of Individual Debtor filed with the Court on July 9, 2010 to <u>amend</u> the response to Nos. 2a, 2c, 3, 4, 9, 18 and 20 (all other entries on original Schedule J remain unchanged) as follows:

| | |
|---|---|
| 2. Utilities:      a. Electricity and heating fuel      **(increased by $50.00 for gas)** | **$350.00** |
| c. Telephone      **(increased by $50.00 for cable)** | **$250.00** |
| d. Other | **$0.00** |
| 3. Home maintenance (repairs and upkeep)  **(increased by $100.00 for spa maintenance and $400 for house cleaning)** | **$800.00** |
| 4. Food      **(reduced by $1,300.00)** | **$2,200.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc.      **(increased by $300.00)** | **$800.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17, Report also on Summary of Schedules and, If applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$16,590.00** |

| 20. STATEMENT OF MONTHLY NET INCOME | |
|---|---|
| a. Total monthly income from Line 15 of Schedule I | **$18,746.00** |
| b. Total monthly expenses from Line 18 above | **$16,590.00** |
| c. Monthly net income (a. minus b.) | **$2,156.00** |

G:\Wp\Cases\G-H\Houng, Richard\Bankruptcy\Petition Docs\Schedules Amend-01.doc
4161-002

11.     The Debtor hereby **SUPPLEMENTS** the response to Item 3.b. on his Statement of Financial Affairs filed with the Court on July 9, 2010 to add a payment inadvertently omitted on initial filing (the added payment is underlined) and add a creditor (Credit Managers Association) (all other creditors remain the same):

None b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
□      within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|---|---|---|---|
| **Shulman Hodges & Bastian LLP**<br>**26632 Towne Centre Drive, #300**<br>**Foothill Ranch, CA  92610** | **5/17/10**<br>**6/2/10**<br>**6/25/10**<br>**6/25/10** | **$25,000.00**<br>**$47,037.32**<br>**$86,223.00**<br>**$25,000.00** | **$0.00** |
| **Credit Managers Association**<br>**c/o Oscar Garza**<br>**Gibson Dunn**<br>**3161 Michelson Drive**<br>**Irvine, CA 92612-4412** | **6/25/10** | **$100,000.00** | **$0.00** |

12.     The Debtor hereby **AMENDS** his Statement of Financial Affairs - filed with the Court on July 9, 2010 to correct the following final balances:

| Name and Address of Institution | Type of Account, Last Four Digits of Account Number, and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|
| **Morgan Stanley Smith Barney** | **Investment account #6434**<br>**Final balance:  $28,129.06** | **$28,129.06**<br>**Closed on 6/23/10** |
| **Bank of America** | **Savings account ending in 345**<br>**Final balance:  $41.41**<br><br>**CD account ending in 692**<br>**Final balance:  $10,937.80**<br><br>**CD account ending in 317**<br>**Final balance:  $11,232.29**<br><br>**CD account ending in 080**<br>**Final balance:  $45,641.93** | **$41.41**<br><br>**$10,937.80**<br><br>**$11,232.29**<br><br>**$45,641.93**<br><br>**All accounts closed on or about 6/23/10** |

5

# NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS & DEADLINES

G:\Wp\Cases\G-H\Houng, Richard\Bankruptcy\Petition Docs\Schedules Amend-01.doc
4161-002

**B9E (Official Form 9E)** (Chapter 11 Individual or Joint Debtor Asset Case) (12/07)

| UNITED STATES BANKRUPTCY COURT | Central District Of California |
|---|---|

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on June 25, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s)and address):<br>Richard Yin–Ching Houng<br>20 Early Light<br>Irvine, CA 92620 | **Case Number:**<br>**8:10–bk–18712–TA** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names):<br>Debtor: aka Richard Houng<br><br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–1792 |
| Attorney for Debtor(s) (name and address):<br>Leonard M Shulman<br>Shulman Hodges & Bastian LLP<br>26632 Towne Ctr Dr Ste 300<br>Foothill Ranch, CA 92610<br>Telephone number:  949–340–3400 | Bankruptcy Trustee (name and address):<br>none |

## Meeting of Creditors:

| Date: **August 4, 2010** | Time:  **02:00 PM** |
|---|---|
| Location:  **411 W Fourth St., Room 1–159, Santa Ana, CA 92701** | |

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
Notice of deadline will be sent at a later time.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: October 4, 2010

### Deadline to File a Complaint Objecting to Discharge of the Debtor:
*First date set for hearing on confirmation of plan. Notice of that date will be sent at a later time.*

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your right in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>U. S. Bankrupcty Court<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701–4593<br>Telephone number:  714–338–5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  July 1, 2010 |
| **(Form rev. 12/07:341–B9E)** | 6/BEE |

## EXPLANATIONS

B9E (Official Form 9E)(12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend at the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a Chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code §1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to Chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701. |

## −− Refer to Other Side for Important Deadlines and Notices −−

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610**.

A true and correct copy of the foregoing document described as **DEBTOR'S AMENDMENT/SUPPLEMENT TO: SCHEDULE A, B, D, E, F, H, I AND J AND STATEMENT OF FINANCIAL AFFAIRS AND NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS & DEADLINES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 25, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Mark Bradshaw    mbradshaw@shbllp.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Daniel Denny    ddenny@gibsondunn.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Jeffrey S Kaufman    Jeffrey.Kaufman@ndlf.com, maureen.gledhill@ndlf.com
- Samuel A Newman    snewman@gibsondunn.com
- Nada I Shamonki    nshamonki@mintz.com
- Leonard M Shulman    lshulman@shbllp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Joseph S Wu    jwu@usasialaw.com

☐    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **August 25, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Judge's Copy (via U.S. Mail)**
U.S. Bankruptcy Court
Attn:  Honorable Erithe A. Smith
411 West Fourth Street, Suite 5041
Santa Ana, CA  92701

☒   Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on _____**, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 25, 2010 | Erlanna L. Lohayza | */s/ Erlanna L. Lohayza* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*August 2010*                                                                          **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST VIA U.S. MAIL

**SCHEDULE D CREDITOR**
THE SHANGHAI COMMERCIAL AND
SAVINGS BANK LTD
689, HSIAO TUNG RD
YUNGKANG, TAINAN, TAIWAN

**SCHEDULE F CREDITOR**
HUA NAN COMMERCIAL BANK LTD
HSI MEN BRANCH
173, HSI NING SOUTH ROAD
TAIPEI, TAIWAN

**SCHEDULE F CREDITOR**
JAMS
PO BOX 512850
LOS ANGELES, CA  90051-0850

**SCHEDULE F CREDITOR**
JUDICATE WEST
1851 E FIRST STREET SUITE 1600
SANTA ANA, CA  92705

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                          **F 9013-3.1.PROOF.SERVICE**