# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Richard Yin-Ching Houng aka Richard Houng    Atty Name (if applicable): Leonard M. Shulman

Street Address: 20 Early Light    CA Bar No. (if applicable): 126349

Irvine, CA 92620    Atty Fax No. (if applicable): (949) 340-3000

Filer's Telephone No.: (949) 340-3400

In re:

RICHARD YIN-CHING HOUNG aka RICAHRD HOUNG,

Case No.: 8:10-bk-18712 ES

Chapter  7 _____  11 ✓  13 _____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes _____    No ✓

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A _____  B ✓  C _____  D _____  E _____  F _____  G _____  H ✓  I ✓  J ✓

Statement of Social Security Number(s) _____    Statement of Financial Affairs ✓

Statement of Intention _____    Other _____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Richard Yin-Ching Houng aka Richard Houng, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: November 1, 2010

**FOR COURT USE ONLY**

/S/ Richard Houng

*Debtor Signature*

_____

*Co-Debtor Signature*

***SEE REVERSE SIDE***

B-1008 *Revised November 2003*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - Bar No. 126349<br>Shulman Hodges & Bastian LLP<br>26632 Town Centre Drive, Suite 300, Foothill Ranch, CA 92610<br>Tel: 949-340-3400; Fax: 949-340-3000<br>☒ Attorney for: Debtor | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re: RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,<br><br>Debtor(s). | CASE NO.: 8:10-bk-18712<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists          Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: 11/1/10
☐ Other: _____          Date Filed: _____

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____          November 1, 2010
*Signature of Signing Party*              Date

Richard Yin-Ching Houng aka Richard Houng
*Printed Name of Signing Party*

_____          _____
*Signature of Joint Debtor (if applicable)*     Date

_____
*Printed Name of Joint Debtor (if applicable)*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____          November 1, 2010
*Signature of Attorney for Signing Party*      Date

Shulman Hodges & Bastian LLP by: Leonard M. Shulman
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2006

1. The Debtor hereby **SUPPLEMENTS** his Schedule B – Personal Property filed with the Court on July 9, 2010 as follows:

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 2. | Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperative. | | Checking account at Hua Nan Bank (Taiwan) Account No. xxxxxx296643 | H | $10,772.10 |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | 0.15% interest (2,698,459 shares) in Chi Mei Corporation (privately held company; market value unknown; shares have been pledged to Taishin International Bank to guaranty obligation) | | Unknown |
| | | | 1.28% interest (577,540 shares) in Chi Mei Trading Co., Ltd. (privately held company; market value unknown) | | Unknown |
| | | | 0.08% interest (274,138 shares) in Chi Lin Technology Co., Ltd. (privately held company; market value unknown) | | Unknown |
| | | | 8.22% interest (1,445,000 shares) in Li fu Investment Co., Ltd. (privately held company; market value unknown) | | Unknown |
| | | | 0.00039% interest (43,900 shares) in China Development Financial Holding Corporation (estimated value) | | $13,000.00 |
| | | | **Adjusted Schedule B Total (based on August 25, 2010 amendments)** | | **$490,503.06** |
| | | | **Additional Amounts on this Amended Schedule B** | | **$ 23,772.10** |
| | | | **Amended Total for all Schedule B Items** | | **$514,275.16** |

2. The Debtor hereby **SUPPLEMENTS** his Schedule H – Codebtors filed with the Court on July 9, 2010 and subsequently amended on August 25, 2010 to <u>add</u> the following:

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Li Fu Investment Co.**<br>**4F.-8, No. 716, Zhongzheng Rd.**<br>**Zhonghe City**<br>**Taipei, Taiwan** | **Taishin International Bank**<br>**6F., No. 17, Jing Gou N. Rd., Sec. 3**<br>**Taipei, Taiwan, R.O.C.** |

3.       The Debtor hereby **AMENDS** his Schedule I – Current Income of Individual Debtor filed with the Court on July 9, 2010 and subsequently amended on August 25, 2010 **(the following Schedule I supersedes and replaces the Schedule I filed on July 9, 2010 and amended on August 25, 2010)**:

| In re<br>**RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,**<br>Debtor. | Chapter No.: **11**<br><br>Case No.: **8:10-bk-18712 TA** |
|---|---|

### SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| **Debtor's Marital Status:** Married | **DEPENDENTS OF DEBTOR AND SPOUSE** | |
|---|---|---|
| | **RELATIONSHIP(S)** | **AGE(S)** |
| Employment: | **DEBTOR** | **SPOUSE** |
| Occupation | **CEO** | |
| Name of Employer | **Westinghouse Digital LLC** | |
| How Long Employed | **< 1 year** | |
| Address of Employer | **500 N. State College Blvd., #1300 Orange, CA  92868** | |

| **Income** (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (prorate if not paid monthly) | $21,667.00 | |
| 2. Estimated monthly overtime | $0.00 | |
| 3. **SUBTOTAL** | **$21,667.00** | |
| 4. **LESS PAYROLL DEDUCTIONS** | | |
|     a. Payroll taxes and Social Security | $1,881.00 | |
|     b. Insurance | $125.00 | |
|     c. Union Dues | $0.00 | |
|     d. Other (specify) **(401k deduction)** | $915.00 | |
| 5. **SUBTOTAL PAYROLL DEDUCTIONS** | **$2,921.00** | |
| 6. **TOTAL NET MONTHLY TAKE HOME PAY** | **$18,746.00** | |
| 7. Regular income from operations of business or profession or farm (attach detailed statement) | $0.00 | |
| 8. Income from real property | $0.00 | |
| 9. Interest and Dividends **Dividends received from foreign holdings (estimated to be approximately $120,000 for year 2010; paid semi-annually/annually; monthly estimate provided here)** | $10,000.00 | |
| 10. Alimony, maintenance or support payments payable to debtor for debtor's use or that of dependents listed above. | $0.00 | |
| 11. Social security or other government assistance (Specify) | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify) **Foreign compensation (will cease effective 10/5/10** | $2,300.00 | |
| 14. **SUBTOTAL OF LINES 7 THROUGH 13** | $0.00 | |
| 15. **AVERAGE MONTHLY INCOME**: (Add amounts shown on lines 6 and 14) | **$31,046.00** | |
| 16. **COMBINED AVERAGE MONTHLY INCOME** (Combined column totals from line 15) | **$31,046.00** | |
| | (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data) | |
| 17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document: **Debtor's monthly income will decrease by $2,500 when foreign income ceases effective 10/5/10.** | | |

4.	The Debtor hereby **AMENDS** his Schedule J – Current Expenditures of Individual Debtor filed with the Court on July 9, 2010 and subsequently amended on August 25, 2010 **(the following Schedule J supersedes and replaces the Schedule J filed on July 9, 2010 and amended on August 25, 2010)**:

| In re<br>**RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,**<br><br>Debtor. | Chapter No.: **11**<br><br>Case No.: **8:10-bk-18712 TA** |
|---|---|

### SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

❑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | **$5,000.00** |
|     a. Are real estate taxes included?         No | |
|     b. Is property insurance included?          No | |
| 2. Utilities:     a. Electricity and heating fuel | **$350.00** |
|     b. Water and sewer | **$80.00** |
|     c. Telephone (includes cable) | **$250.00** |
|     d. Other | **$0.00** |
| 3. Home maintenance (repairs and upkeep) | **$800.00** |
| 4. Food | **$2,200.00** |
| 5. Clothing | **$1,500.00** |
| 6. Laundry and dry cleaning | **$250.00** |
| 7. Medical and dental expenses | **$800.00** |
| 8. Transportation (not including car payments) | **$700.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | **$800.00** |
| 10. Charitable contributions | **$0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | **$120.00** |
|     b. Life | **$0.00** |
|     c. Health | **$0.00** |
|     d. Auto | **$200.00** |
|     e. Other | **$0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | **$0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | **$740.00** |
|     b. Other | **$0.00** |
|     c. Other | **$0.00** |
| 14. Alimony, maintenance, and support paid to others | **$0.00** |
| 15. Payments for support of additional dependents not living at your home | **$0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17. Other **(children's school tuition and school supplies)** | **$2,800.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17, Report also on Summary of Schedules and, If applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$16,590.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the<br>    filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|     a. Total monthly income from Line 15 of Schedule I | **$31,046.00** |
|     b. Total monthly expenses from Line 18 above | **$16,590.00** |
|     c. Monthly net income (a. minus b.) | **$14,456.00** |

5.    The Debtor hereby **AMENDS** the response to Item 1 on his Statement of Financial Affairs filed with the Court on July 9, 2010 as follows **(the following supersedes and replaces the response to Item 1 as original listed in the Statement of Financial Affairs filed with the Court on July 9, 2010)**:

1.    **Income From Employment or Operation of Business.**

None ❏ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in an independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)   If a joint petition is filed, state income for each spouse separately. (Married individuals filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Period | Amount | Source |
|---|---|---|
| **January 2010 – June 25, 2010** | **$130,000.00** | **Wages** |
| **January 2010 – June 25, 2010** | **$15,000.00** | **Foreign compensation** |
| **2009** | **$257,200.00** | **Wages** |
| **2009** | **$31,575** | **Foreign compensation** |
| **2008** | **$353,000.00** | **Wages** |
| **2008** | **$30,618.00** | **Foreign compensation** |

6.    The Debtor hereby **AMENDS** the response to Item 2 on his Statement of Financial Affairs filed with the Court on July 9, 2010 as follows **(the following supersedes and replaces the response to Item 2 as original listed in the Statement of Financial Affairs filed with the Court on July 9, 2010)**:

2.    **Income Other Than From Employment or Operation of Business.**

None ❏ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Period | Amount | Source |
|---|---|---|
| **January 1, 2010 to June 25, 2010** | **$1,800.00** | **Interest** |
| **January 1, 2010 to June 25, 2010** | **$55,000.00** | **Foreign dividends** |
| **2009** | **$7,037.00/$307.00** | **Interest/Dividends** |
| **2009** | **$43,427.00** | **Income tax refund** |
| **2009** | **$154,032.00** | **Foreign dividends** |
| **2008** | **$38,490.00** | **Interest** |
| **2008** | **$1,303.00** | **Dividends** |
| **2008** | **$192,728.00** | **Foreign dividends** |

7. The Debtor hereby **AMENDS** the response to Item 10b on his Statement of Financial Affairs filed with the Court on July 9, 2010 as follows:

None ❏ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Name of Trust or Other Device | Date(s) of Transfers | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
|---|---|---|
| **Hua Han Commercial Bank (Self-Beneficiary Trust)**<br><br>**Date created:  10/31/05**<br>**Date terminated:  12/5/06** | **10/31/05** | **2,000,000 shares of stock of Chi Mei Corporation (privately held company); market value unknown**<br><br>**200,000 shares of stock of Chi Mei Optoelectronics; market value in 2006 approximately US $1.00 per share** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610**.

A true and correct copy of the foregoing document described as **DEBTOR'S AMENDMENT/SUPPLEMENT TO: SCHEDULE B, H, I AND J AND STATEMENT OF FINANCIAL AFFAIRS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 1, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Mark Bradshaw    mbradshaw@shbllp.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Daniel Denny    ddenny@gibsondunn.com
- Joseph R Dunn    jrdunn@mintz.com, jadavis@mintz.com;dsjohnson@mintz.com;kjenckes@mintz.com
- Robert L Eisenbach    reisenbach@cooley.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Jeffrey S Kaufman    Jeffrey.Kaufman@ndlf.com, maureen.gledhill@ndlf.com
- Thomas A. Lee 2    notices@becket-lee.com
- Samuel A Newman    snewman@gibsondunn.com
- Nada I Shamonki    nshamonki@mintz.com, docketing@mintz.com
- Leonard M Shulman    lshulman@shbllp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Joseph S Wu    jwu@usasialaw.com

❑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **November 1, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy (via U.S. Mail)**
U.S. Bankruptcy Court
Attn: Honorable Erithe A. Smith
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701

❑ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on _____, **2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

❑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **November 1, 2010** | **Erlanna L. Lohayza** | */s/ Erlanna L. Lohayza* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**