# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name:  Richard Yin-Ching Houng aka Richard Houng

Street Address:  20 Early Light

Irvine, CA  92620

Filer's Telephone No.:  (949) 340-3400

Atty Name (if applicable):  Leonard M. Shulman

CA Bar No. (if applicable):  126349

Atty Fax No. (if applicable):  (949) 340-3000

In re:

RICHARD YIN-CHING HOUNG aka
RICAHRD HOUNG,

Case No.:  8:10-bk-18712 ES

Chapter  7 _____  11 ✓ _____  13 _____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F."  An addendum mailing list is also required as an attachment if creditors are being added to the creditors list.  Is/are creditor(s) being added?        Yes ____✓____        No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A _____   B _____   C _____   D ✓   E _____   F _____   G _____   H _____   I _____   J _____

Statement of Social Security Number(s) _____        Statement of Financial Affairs _____

Statement of Intention _____        Other _____

**NOTE:**  IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Richard Yin-Ching Houng aka Richard Houng , the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:  November 1, 2010

**\*\*FOR COURT USE ONLY\*\***

/s/ Richard Houng

*Debtor Signature*

*Co-Debtor Signature*

*\*SEE REVERSE SIDE\*\**

B-1008 *Revised November 2003*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - Bar No. 126349<br>Shulman Hodges & Bastian LLP<br>26632 Town Centre Drive, Suite 300, Foothill Ranch, CA 92610<br>Tel: 949-340-3400; Fax: 949-340-3000<br>☒ *Attorney for:* Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,<br><br>Debtor(s). | CASE NO.: 8:10-bk-18712<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists          Date Filed: _____

☒ Amendments to the petition, statement of affairs, schedules or lists          Date Filed: 11/1/10

☐ Other: _____          Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____          **November 1, 2010**
*Signature of Signing Party*                             Date
_____

**Richard Yin-Ching Houng aka Richard Houng**
*Printed Name of Signing Party*

_____          _____
*Signature of Joint Debtor (if applicable)*                Date

_____
*Printed Name of Joint Debtor (if applicable)*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____          **November 1, 2010**
*Signature of Attorney for Signing Party*                Date

**Shulman Hodges & Bastian LLP by: Leonard M. Shulman**
*Printed Name of Attorney for Signing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

1.    The Debtor hereby **AMENDS** his Schedule D – Creditors Holding Secured Claims filed with the Court on July 9, 2010 and subsequently amended on August 25, 2010 as follows:

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Taishin International Bank 6F., No. 17, Jing Gou N. Rd., Sec. 3 Taipei, Taiwan, R.O.C. | X | H | Business loan for Li Fu Investment Co. guaranteed by the Debtor (secured by the Debtor's pledge of 2,698,459 shares in Chi Mei Corporation) (amount of claim is US$)<br><br>Value of shares:  unknown | | | | $14,112,187.00 | |
| | | | **Prior Schedule D Total** | | | | **$1,117,428.00** | |
| | | | **Additional Amounts on Amendment filed 8/25/10** | | | | **$334,181.00** | |
| | | | **Additional Amounts on This Amendment** | | | | **$14,112,187.00** | |
| | | | **New Schedule D Total** | | | | **$15,563,796.00** | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610**.

A true and correct copy of the foregoing document described as **DEBTOR'S AMENDMENT TO:  SCHEDULE D; NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS & DEADLINES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 1, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Mark Bradshaw     mbradshaw@shbllp.com
- Cathrine M Castaldi     ccastaldi@rusmiliband.com
- Daniel Denny     ddenny@gibsondunn.com
- Joseph R Dunn     jrdunn@mintz.com, jadavis@mintz.com;dsjohnson@mintz.com;kjenckes@mintz.com
- Robert L Eisenbach     reisenbach@cooley.com
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- John J Immordino     john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Jeffrey S Kaufman     Jeffrey.Kaufman@ndlf.com, maureen.gledhill@ndlf.com
- Thomas A. Lee 2     notices@becket-lee.com
- Samuel A Newman     snewman@gibsondunn.com
- Nada I Shamonki     nshamonki@mintz.com, docketing@mintz.com
- Leonard M Shulman     lshulman@shbllp.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Joseph S Wu     jwu@usasialaw.com

❑  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **November 1, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Judge's Copy (via U.S. Mail)**
U.S. Bankruptcy Court
Attn:  Honorable Erithe A. Smith
411 West Fourth Street, Suite 5041
Santa Ana, CA  92701

**Schedule D Creditor (Via U.S. Mail)**
Taishin International Bank
6F., No. 17 Jing Gou N. Rd., Sec. 3
Taipei, Taiwan ROC

❑  Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on _____, **2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

❑  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **November 1, 2010** | **Erlanna L. Lohayza** | */s/ Erlanna L. Lohayza* |
| *Date* | *Type Name* | *Signature* |