# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Richard Yin-Ching Houng aka Richard Houng
Street Address: 20 Early Light
Irvine, CA 92620
Filer's Telephone No.: (949) 340-3400

Atty Name (if applicable): Leonard M. Shulman
CA Bar No. (if applicable): 126349
Atty Fax No. (if applicable): (949) 340-3000

In re:

RICHARD YIN-CHING HOUNG aka
RICAHRD HOUNG,

Case No.: 8:10-bk-18712 ES

Chapter 7 ____ 11 ✓ 13 ____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ✓    No ____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___ B ___ C ___ D ___ E ___ F ✓ G ___ H ___ I ___ J ___

Statement of Social Security Number(s) ___    Statement of Financial Affairs ___

Statement of Intention ___    Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Richard Yin-Ching Houng aka Richard Houng, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: November 12, 2010

_____
Debtor Signature

_____
Co-Debtor Signature

**FOR COURT USE ONLY**

*SEE REVERSE SIDE**

B-1008 Revised November 2003

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Leonard M. Shulman - Bar No. 126349<br>Shulman Hodges & Bastian LLP<br>26632 Town Centre Drive, Suite 300, Foothill Ranch, CA 92610<br>Tel: 949-340-3400; Fax: 949-340-3000<br>☒ Attorney for: Debtor | FOR COURT USE ONLY |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re: RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,<br><br>Debtor(s). | CASE NO.: 8:10-bk-18712<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists        Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: 11/12/10
☐ Other: _____    Date Filed: _____

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____        November 12, 2010
Signature of Signing Party                                                                Date
Richard Yin-Ching Houng aka Richard Houng
Printed Name of Signing Party


_____        _____
Signature of Joint Debtor (if applicable)                                         Date

_____
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____        November 12, 2010
Signature of Attorney for Signing Party                                       Date
Shulman Hodges & Bastian LLP by: Leonard M. Shulman
Printed Name of Attorney for Signing Party

---
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2006

1.   The Debtor hereby **AMENDS** his Schedule F – Creditors Holding Unsecured Nonpriority Claims filed with the Court on July 9, 2010 and subsequently amended on August 25, 2010 as follows:

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Irell and Manella LLP<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA  92660-6324 | | | Guaranty of legal fees for Nexis, Inc. | | | | $46,364.04 |
| Last four digits of ACCOUNT NO.<br><br>Van Etten Suzumoto & Sipprelle LLP<br>5707 Corsa Avenue, Suite 202<br>Westlake Village, CA  91362 | | | Guaranty of legal fees for Nexis, Inc. | | | | $252,939.17 |
| | | | Prior Schedule F Total | | | | $1,751.20 |
| | | | Additional Amounts on Amendment filed  8/25/10 | | | | $415,507.60 |
| | | | Additional Amounts on This Amendment | | | | **$299,303.21** |
| | | | New Schedule F Total | | | | $716,562.01 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610**.

A true and correct copy of the foregoing document described as **DEBTOR'S AMENDMENT TO: SCHEDULE F; NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS & DEADLINES; AND NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 12, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Mark Bradshaw    mbradshaw@shbllp.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Daniel Denny    ddenny@gibsondunn.com
- Joseph R Dunn    jrdunn@mintz.com, jadavis@mintz.com;dsjohnson@mintz.com;kjenckes@mintz.com
- Robert L Eisenbach    reisenbach@cooley.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Jeffrey S Kaufman    Jeffrey.Kaufman@ndlf.com, maureen.gledhill@ndlf.com
- Thomas A. Lee 2    notices@becket-lee.com
- Samuel A Newman    snewman@gibsondunn.com
- Nada I Shamonki    nshamonki@mintz.com, docketing@mintz.com
- Leonard M Shulman    lshulman@shbllp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Joseph S Wu    jwu@usasialaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) - On **November 12, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy (via U.S. Mail)**
U.S. Bankruptcy Court
Attn: Honorable Erithe A. Smith
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701

**Schedule F Creditor (via U.S. Mail)**
Irell and Manella LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324

**Schedule F Creditor (via U.S. Mail)**
Van Etten Suzumoto & Sipprelle LLP
5707 Corsa Avenue, Suite 202
Westlake Village, CA 91362

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on _____, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **November 12, 2010** | **Erlanna L. Lohayza** | */s/ Erlanna L. Lohayza* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

# SUPPLEMENT TO MASTER MAILING LIST

## VERIFICATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2(d)

**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre, Suite 300
Foothill Ranch, California 92610-2808
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000

■  Attorneys for Debtor
☐  Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years: **RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,** Debtor. | Case No. **8:10-bk-18712 TA** Chapter 11 |
|---|---|

### VERIFICATION OF CREDITOR MAILING LIST

The above named Debtor(s), or Debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Supplement to Master Mailing List of creditors, consisting of **2** sheet(s) is complete, correct and consistent with the Debtor's Supplement to Schedule F pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Dated: **November 12, 2010**

_____
Richard Yin-Ching Houng aka Richard Houng

**SHULMAN HODGES & BASTIAN LLP**

/s/ Leonard M. Shulman
_____
Leonard M. Shulman

IRELL AND MANELLA LLP
840 NEWPORT CENTER DRIVE SUITE 400
NEWPORT BEACH, CA  92660-6324


VAN ETTEN SUZUMOTO & SIPPRELLE LLP
5707 CORSA AVENUE, SUITE 202
WESTLAKE VILLAGE, CA  91362