# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Richard Yin-Ching Houng aka Richard Houng | Atty Name (if applicable): | Leonard M. Shulman |
| Street Address: | 20 Early Light | CA Bar No. (if applicable): | 126349 |
| | Irvine, CA 92620 | Atty Fax No. (if applicable): | (949) 340-3000 |
| Filer's Telephone No.: | (949) 340-3400 | | |

In re:

RICHARD YIN-CHING HOUNG aka RICAHRD HOUNG,

Case No.: 8:10-bk-18712 ES

Chapter 7 ____  11 ✓  13 ____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?   Yes ____   No ✓

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___  B ___  C ___  D ___  E ___  F ___  G ___  H ___  I ✓  J ✓

Statement of Social Security Number(s) ___       Statement of Financial Affairs ___

Statement of Intention ___       Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Richard Yin-Ching Houng aka Richard Houng, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: December 29, 2010

_Debtor Signature_

**FOR COURT USE ONLY**

_Co-Debtor Signature_

*SEE REVERSE SIDE**

B-1008 Revised November 2003

| In re<br>**RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,**<br>Debtor. | Chapter No.: **11**<br><br>Case No.: **8:10-bk-18712 TA** |
|---|---|

### SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| **Debtor's Marital Status: Married** | **DEPENDENTS OF DEBTOR AND SPOUSE** | |
|---|---|---|
| | **RELATIONSHIP(S)** | **AGE(S)** |
| Employment: | **DEBTOR** | **SPOUSE** |
| Occupation | **CEO** | |
| Name of Employer | **Westinghouse Digital LLC** | |
| How Long Employed | **< 1 year** | |
| Address of Employer | **500 N. State College Blvd., #1300 Orange, CA  92868** | |

| **Income** (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (prorate if not paid monthly) | $21,667.00 | |
| 2. Estimated monthly overtime | $0.00 | |
| 3. **SUBTOTAL** | **$21,667.00** | |
| 4. **LESS PAYROLL DEDUCTIONS** | | |
|     a. Payroll taxes and Social Security | $1,881.00 | |
|     b. Insurance | $125.00 | |
|     c. Union Dues | $0.00 | |
|     d. Other (specify) **(401k deduction)** | $915.00 | |
| 5. **SUBTOTAL PAYROLL DEDUCTIONS** | **$2,921.00** | |
| 6. **TOTAL NET MONTHLY TAKE HOME PAY** | **$18,746.00** | |
| 7. Regular income from operations of business or profession or farm (attach detailed statement) | $0.00 | |
| 8. Income from real property | $0.00 | |
| 9. Interest and Dividends **Dividends received from foreign holdings (estimated to be approximately $109,000 for year 2010; paid semi-annually/annually; monthly estimate provided here)** | $9,100.00 | |
| 10. Alimony, maintenance or support payments payable to debtor for debtor's use or that of dependents listed above. | $0.00 | |
| 11. Social security or other government assistance (Specify) | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify) **Foreign compensation (will cease effective 10/5/10** | $2,300.00 | |
| 14. **SUBTOTAL OF LINES 7 THROUGH 13** | $0.00 | |
| 15. **AVERAGE MONTHLY INCOME**: (Add amounts shown on lines 6 and 14) | **$30,146.00** | |
| 16. **COMBINED AVERAGE MONTHLY INCOME** (Combined column totals from line 15) | **$30,146.00** | |
| | (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data) | |
| 17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document: **Debtor's monthly income will decrease by $2,300 when foreign income ceases effective 10/5/10.** | | |

| In re<br>**RICHARD YIN-CHING HOUNG aka RICHARD HOUNG,**<br>Debtor. | Chapter No.: **11**<br><br>Case No.: **8:10-bk-18712 TA** |
|---|---|

**SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

❑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $6,600.00 |
|     a. Are real estate taxes included?            **Yes ($1,400)** | |
|     b. Is property insurance included?            **No** | |
| 2. Utilities:         a. Electricity and heating fuel | $350.00 |
|               b. Water and sewer | $80.00 |
|               c. Telephone (includes cable) | $250.00 |
|               d. Other | $0.00 |
| 3. Home maintenance (repairs and upkeep) | $800.00 |
| 4. Food | $2,200.00 |
| 5. Clothing | $1,500.00 |
| 6. Laundry and dry cleaning | $250.00 |
| 7. Medical and dental expenses | $800.00 |
| 8. Transportation (not including car payments) | $700.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $800.00 |
| 10. Charitable contributions | $0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $120.00 |
|     b. Life | $0.00 |
|     c. Health | $0.00 |
|     d. Auto | $200.00 |
|     e. Other | $0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) - **estimated monthly foreign income tax due on foreign dividends received** | $3,640.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $740.00 |
|     b. Other – **Mortgage payment on Taiwan property** | $2,600.00 |
|     c. Other | $0.00 |
| 14. Alimony, maintenance, and support paid to others | $0.00 |
| 15. Payments for support of additional dependents not living at your home | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17. Other - **children's school tuition and school supplies** | $2,800.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17, Report also on Summary of Schedules and, If applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $24,430.00 |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|     a. Total monthly income from Line 15 of Schedule I | $30,146.00 |
|     b. Total monthly expenses from Line 18 above | $24,430.00 |
|     c. Monthly net income (a. minus b.) | $5,716.00 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**26632 Towne Centre Drive, Suite 300, Foothill Ranch, CA  92610**

A true and correct copy of the foregoing document described as **AMENDED SCHEDULES I AND J** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 30, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- Mark Bradshaw     mbradshaw@shbllp.com
- Cathrine M Castaldi     ccastaldi@rusmiliband.com
- Daniel Denny     ddenny@gibsondunn.com
- Joseph R Dunn     jrdunn@mintz.com, jadavis@mintz.com;dsjohnson@mintz.com;kjenckes@mintz.com
- Robert L Eisenbach     reisenbach@cooley.com
- Alan J Friedman     afriedman@irell.com
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- John J Immordino     john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Jeffrey S Kaufman     Jeffrey.Kaufman@ndlf.com, maureen.gledhill@ndlf.com
- Duane Kumagai     dkumagai@rutterhobbs.com, calendar@rutterhobbs.com;mshabpareh@rutterhobbs.com
- Thomas A. Lee 2     notices@becket-lee.com
- Samuel A Newman     snewman@gibsondunn.com
- Nada I Shamonki     nshamonki@mintz.com, docketing@mintz.com
- Leonard M Shulman     lshulman@shbllp.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Joseph S Wu     jwu@usasialaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**  On **December 30, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Judge's Copy (via U.S. Mail)**
U.S. Bankruptcy Court
Attn:  Honorable Erithe A. Smith
411 West Fourth Street, Suite 5041
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____**,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 30, 2010** | **Erlanna L. Lohayza** | */s/ Erlanna L. Lohayza* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                  **F 9013-3.1.PROOF.SERVICE**